### PARMITER agt. SEVERANS

John Parmiter plaint. ag<sup>t</sup> Samuel Severans Def<sup>t</sup> in an action of debt of twenty pounds due by bill bearing date the. 24th October. 1676. under the hand and Seale of said Severans to bee paid in curr<sup>t</sup> mony of New-England or merchantable boards at thirty five Shillings per thousand with all other due damages &c. . . . The Jury . . . found for the plaint. one quarter part of the Sloop increase being Forfiture of the bill & costs of Court Eighteen Shillings two pence.

Execution issued. 11th July. 1678.

### HUDSON agt. SMITH

Cap<sup>t</sup> William Hudson plaint. ag<sup>t</sup> Joseph Smith Defend<sup>t</sup> in an action of the case for not paying the s<sup>d</sup> Cap<sup>t</sup> Hudson twenty one pounds and thirteen Shillings or thereabouts in mony due by booke upon accompt from his late Father Francis Smith dec<sup>d</sup> which s<sup>d</sup> debt the s<sup>d</sup> Joseph Smith hath legally made himselfe liable to pay by entring upon and possessing the Estate of his s<sup>d</sup> Father contrary to law title wills, with interest & all due damages &c. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.